UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

IN RE:  CIVIL CONFERENCES                                    **ORDER**

-------------------------------------------------------------------x

<u>Seibel, J.</u>

  Beginning March 18, 2020, all parties to civil conferences shall attend by phone, using the following information:

  <u>Toll-Free Number</u>:  (877) 336-1839
  <u>Access Code</u>:  1047966

  The parties should call in from a landline and announce their names before speaking. This Order is subject to revocation at any time.

**SO ORDERED.**

Dated: March 18, 2020
   White Plains, New York

                _____
                CATHY SEIBEL, U.S.D.J.