# ABRAMS AF FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

Attorneys at Law
81 Main Street, Suite 306
White Plains, New York 10601
Telephone: (914) 607-7010
www.abramslaw.com

**ROBERT A. SPOLZINO**
Partner
rspolzino@abramslaw.com

October 6, 2020

<u>By ECF and Email</u>

Honorable Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150
chambersnysdseibel@nysd.uscourts.gov

      Re:    *Save the Sound, et al. v. Westchester County, et al.*, Case No. 7:15-cv-06323-CS

Dear Judge Seibel:

    We represent the City of New Rochelle, the Town of Mamaroneck, the Village of Larchmont and the Village of Pelham Manor, the municipalities which collectively make up the New Rochelle Sewer District (the "NRSD defendants"), in the above-referenced action.

    As you may recall, our reply with respect to the motion to dismiss is due on Thursday. Due to a number of deadlines this week and next, I am writing, with the consent of counsel for the plaintiffs, to request that the deadline for service of the NRSD Defendants' reply and the filing of all papers be extended to October 29, 2020.

    Thank you for your courtesy in this matter.

Respectfully yours,

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
*Attorneys for NRSD Defendants*

/s/
Robert A. Spolzino