UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
SAVE THE SOUND and ATLANTIC CLAM FARMS of
CONNECTICUT, INC.,

                Plaintiffs,

    v.

WESTCHESTER COUNTY, NEW YORK;
TOWN/VILLAGE OF HARRISON; VILLAGE OF        Case No. 7:15-cv-06323-CS
LARCHMONT; TOWN OF MAMARONECK; CITY OF
NEW ROCHELLE; VILLAGE OF PELHAM MANOR;
CITY OF RYE; VILLAGE OF RYE BROOK; and
VILLAGE OF SCARSDALE,

                Defendants.
------------------------------------------------------------------X

### AMENDED CONSENT ORDER FOR DISMISSAL
### AS TO
### DEFENDANT CITY OF WHITE PLAINS

This Amended Consent Order is entered by the Court upon the agreement of Plaintiffs Save the Sound and Atlantic Clam Farms of Connecticut, Inc. (collectively, "Plaintiffs") and defendant City of White Plains (collectively, the "Parties").

WHEREAS, Plaintiffs commenced this action asserting, *inter alia*, claims that White Plains was in violation of provisions of the Clean Water Act (33 U.S.C. § 1365 *et seq.*); and,

WHEREAS, White Plains prepared a Sanitary Sewer Evaluation Study (SSES) Engineering Report dated October 26, 2017, a SSES Remediation Report dated December 15, 2017, and a SSES Construction Plan dated March 28, 2018 to identify sources of inflow and infiltration that when rehabilitated and remediated shall allow White Plains to comply with the flow limits of the County Sewer Act; and,

1

WHEREAS, White Plains has been making repairs on an ongoing basis to its sanitary sewer system to eliminate inflow and infiltration and to remediate issues identified in the SSES; and,

WHEREAS, White Plains agrees that it has an obligation to comply with the flow limits in the County Sewer Act; and,

WHEREAS, Plaintiffs and White Plains agreed to the dismissal of this action as against White Plains, pursuant to the provisions of a consent ordered entered by the Court on October 23, 2018 ("Consent Order") (Docket No. 113), subject to this Court's retention of jurisdiction to enforce the Consent Order;

WHEREAS, White Plains has determined that it cannot comply with the obligations set forth in the Consent Order on the timelines set forth in that order; and

WHEREAS, White Plains developed an update to the SSES and related documents entitled "City of White Plains Sanitary Sewer System Rehabilitation SSES Plan and Schedule July 2020 – July 2022," which is attached to this Amended Consent Order as Exhibit 1; and

WHEREAS, the Parties intended that the commitments contained in the Consent Order did constitute binding, enforceable obligations, including certain deadlines; and,

WHEREAS, Plaintiffs and White Plains now agree to modification of the Consent Order for the purpose of extending certain deadlines, and the Parties intend that the commitments contained in this Amended Consent Order shall constitute binding, enforceable obligations;

NOW, THEREFORE, without the trial of any issue of fact or law, without the admission by Defendant of any of the facts or violations alleged in the Complaint, upon consent of the Parties, and upon consideration of the mutual promises contained herein,

NOW THEREFORE, it is HEREBY ORDERED as follows:

1. White Plains agrees and admits that it has an obligation to comply with the applicable flow limits of the County Sewer Act.

2. White Plains shall complete all further investigations and repairs to its sewer system as set forth in the "City of White Plains Sanitary Sewer System Rehabilitation SSES Plan and Schedule July 2020 – July 2022" (Exhibit 1).

3. Within 30 days of the entry of this Amended Consent Order by the Court, and every 6 months thereafter, White Plains shall provide Plaintiffs with a progress report, as outlined in Exhibit 2, on accomplishment of the objectives set forth in the "City of White Plains Sanitary Sewer System Rehabilitation SSES Plan and Schedule July 2020 – July 2022".

4. Upon reasonable request, White Plains shall make available to Plaintiffs for inspection at the White Plains City Hall, flow monitoring reports, CCTV results, manhole inspection reports and any other reports discussing remedial activities that have been performed and the results of any additional investigations performed to identify sources of inflow and infiltration. In addition, White Plains shall provide Plaintiffs with copies of all written communications between White Plains and county, state, and federal government agencies relating to compliance with the applicable flow limits of the Westchester County Sewer Act with respect to the Mamaroneck Valley portion of the sanitary sewer system including, but not limited to, bypass reports of sanitary sewer overflows, inter-municipal agreements, notices of violations, and orders and consent orders.

5. On or before September 1, 2022, White Plains shall remove all identified sources of inflow and infiltration from its sewer system sufficient to comply with the applicable flow limits of the County Sewer Act.

6. Except as provided in paragraph 7 below, the failure by White Plains to comply with any of the deadlines contained in this Consent Order shall constitute a material violation of the terms of this Amended Consent Order. Plaintiffs may seek enforcement of this Amended Consent Order through an order of contempt or other appropriate form of redress.

7. White Plains shall not be in default of the provisions of this Amended Consent Order if its noncompliance is attributable to an event arising from causes entirely beyond the control of White Plains, any entity controlled by White Plains, or White Plains' engineers, consultants, and contractors, that delays or prevents the timely performance of any obligation under this Amended Consent Order, notwithstanding White Plains' best efforts to fulfill the obligation. White Plains' "best efforts" include, but are not limited to, using best efforts to anticipate any event referred to in the preceding sentence, and to address the effects of any such event (a) as it is occurring, and (b) after it has occurred to prevent or minimize any resulting delay to the greatest extent feasible. An event within the meaning of the first sentence of this paragraph does not include White Plains' financial inability to perform any obligation under this Amended Consent Order. If an event occurs that may delay or prevent the performance of any obligation under this Amended Consent Order, (a) White Plains shall notify Plaintiffs within 3 business days after White Plains first knew that the event might cause a delay, and (b) within 7

additional business days, White Plains shall submit to Plaintiffs a written explanation of the cause of any actual or expected delay or noncompliance, the anticipated duration of any delay, the measures taken and to be taken to prevent or minimize the delay, and a proposed schedule for the implementation of such measures.

8. Plaintiffs and White Plains agree that the deadlines and obligations contained in this Amended Consent Order do not affect or modify any dates or deadlines for White Plains to perform any act that are contained in any other order or agreement, with the exception of the prior Consent Order for Dismissal as to Defendant City of White Plains, ECF 113 (Oct. 23, 2018), or as otherwise required by law.

9. Within 30 days of the entry of this Amended Consent Order by the Court, the City of White Plains will pay the sum of nine thousand ($9,000) for use on projects relating to the reduction, mitigation, and/or remediation of pollution or on the effects of pollution in the Long Island Sound and its tributary waters, subject to approval by Plaintiffs, unless the parties agree, in writing, that the City of White Plains will implement a private lateral insurance program to assist private homeowners in repairing their private lateral connections. Such an agreement will be enforceable through this consent order.

10. Within 30 days of the entry of this Amended Consent Order by the Court, White Plains shall pay the sum of ten thousand dollars ($10,000) to Save the Sound as attorney's fees and costs on behalf of all Plaintiffs, in full and final satisfaction of all amounts that may be claimed by Plaintiffs as attorney's fees and costs as against White Plains for services rendered in this litigation through the date that the court enters this Amended Consent Order.

11. Plaintiffs intend to engage the consulting services of a professional engineer licensed in the State of New York ("Consulting Engineer") to monitor White Plains' compliance with this Order. White Plains agrees to pay the reasonable fees and costs for this work to be performed by Plaintiffs' Consulting Engineer, in an amount not to exceed $2,000 in a single year, beginning from the date this Amended Consent Order is entered by the court and extending until White Plains has removed all identified sources of inflow and infiltration from its sewer system sufficient to comply with the applicable flow limits of the County Sewer Act. Plaintiffs' Consulting Engineer shall issue invoices and statements directly to White Plains that explain the fees and costs charged for this work, and White Plains' payments pursuant to this Paragraph shall be made directly to Plaintiffs' Consulting Engineer. White Plains agrees to be solely responsible for any additional charges associated with the late payment of any reasonable fees and costs of Plaintiffs' Consulting Engineer. Within thirty (30) days of the Court's entry of this Amended Consent Order, Plaintiffs shall provide White Plains with their Consulting Engineer's name, address, telephone number, e-mail address, W-9, and any other necessary payment information, and shall keep White Plains informed of any changes to this information going forward.

4841-4944-2783v.1

12. Nothing in this Consent Order shall limit or otherwise affect Plaintiffs' right to seek costs of litigation, including reasonable attorney and expert fees, as against any other party to this litigation. Further, nothing in this Consent Order shall limit or otherwise affect Plaintiffs' right to seek future costs and fees in connection with any further amendment to this Amended Consent Order, or in connection with any contempt order or other court order to enforce White Plains' obligations under this Amended Consent Order.

13. This Amended Consent Order will terminate when White Plains has completed all required remediation and construction in order to comply with the flow limits of the County Sewer Act and a Capacity Management Operation Maintenance (CMOM) program has been developed and approved by the County of Westchester. To determine compliance with the County Sewer Act, on completion of the Year 4 Flow Monitoring Assessment and Final Engineering Report identified in Exhibit Plaintiffs and White Plains shall jointly request that the Westchester County Department of Environmental Facilities evaluate whether White Plains has achieved compliance with the County Sewer Act.

14. Notwithstanding the dismissal of the litigation against White Plains, the Court shall maintain jurisdiction over White Plains for purposes of enforcing the terms of this Amended Consent Order, including to determine any application by Plaintiffs for an award of attorneys' fees and costs pursuant to Paragraph 12, until the Amended Consent Order is terminated as provided in paragraph 13.

Exhibit 1: City of White Plains Sanitary Sewer System Rehabilitation SSES Plan and Schedule July 2020 – July 2022

Exhibit 2: Repair Information Sheet

Dated: 4/30, 2021

So Ordered.

_____
Cathy Seibel, U.S.D.J.

The Foregoing Is Consented To:

SAVE THE SOUND and ATLANTIC              CITY OF WHITE PLAINS
CLAM FARMS of CONNECTICUT, INC.

SUPER LAW GROUP, LLC                     LANDMAN CORSI BALLAINE & FORD P.C.

BY: _____              BY: _____
Edan Rotenberg                           Mark S. Landman
180 Maiden Lane, Suite 603               120 Broadway, 13th Floor
New York, NY 10038                       New York, NY 10271
(212) 242-2355                           (212) 238-4800

4841-4944-2783v.1

# City of White Plains
# Sanitary Sewer System Rehabilitation



# SSES Plan and Schedule
## July 2020 – July 2022

Dolph Rotfeld Engineering

*An* **AI** Engineers *Company*

## Introduction

The main objective of the sanitary sewer system rehabilitation is the removal of excessive infiltration and inflow from sanitary sewer mains. The goal is to reduce sanitary sewer flow to a rate below 150 gallons per capita per day. Through a systematic iterative process of assessment, investigation and rehabilitation, the sanitary sewer system is being restored in stages. Assessment began in the Spring 2017 when District-wide sewage flow monitoring was conducted. The flow monitoring results were analyzed to determine which sanitary sewer subsystems exhibit the most significant levels of infiltration and inflow. The subsystems with the most severe infiltration are subsequently investigated. Sanitary sewer pipe is inspected by CCTV technology and adjoining manholes are individually inspected and photographed. Sewer pipe found to have significant deficiencies is rehabilitated using CIPP lining technology. Leaking manholes are coated with a cementitious lining. The subsystems with the most severe inflow are scheduled for smoke testing and dye tracing to discover the sources of the inflow. Confirmed illegal inflow sources are disconnected. After each round of rehabilitation, a new round of assessment is conducted. The iterative process is repeated until compliance with the aforementioned goal is attained.

## Year 2 Rehabilitation Work Resumption

The "City of White Plains SSES Progress Report" dated May 20, 2020 provided details of the sanitary sewer main lining and manhole rehabilitation that was completed up through mid-March 2020 when this work was curtailed because of restrictions due to Health official's response to COVID19. At that time, the City of White Plains closed City Hall, and reduced the workload of the Department of Public Works. In keeping with New York State guidance, now that COVID19 restrictions are being moderated, the City and its contractor are in discussions to resume the work. The City is drafting COVID-19 health and safety protocol in keeping with guidance from the State and is anticipated re-starting the rehabilitation work in mid to late July. Of course, this plan for work resumption may be altered if there is a setback in COVID19 case numbers that could lead to the re-imposition of work restrictions.

When work was suspended a total of 14,430 lineal feet of sanitary sewer main was lined. An additional 6,862 lineal feet lining will be done when work resumes. Note that in addition, the manholes adjoining all lined sewer pipe segments will be rehabilitated unless they were already sealed in a previous round of work.

## Year 3 Rehabilitation Work Plan

In the "City of White Plains SSES Progress Report" dated May 20, 2020, construction and investigation through March 2020 was documented. The information herein supplements that report. It details the plan and projected schedule for the continuation of the program from the present through July 2022.

The CCTV inspection of subsystems MW05 and MW15 revealed significant deficiencies in 7,615 lf of sewer main. The deficient sewer segments that will be lined in the next round of work are listed in Table 1. The manholes on the upstream and downstream ends of the lined sewer segments will be rehabilitated to complete the envelope of seal to prevent infiltration of excess water into the sewer mains. The work will be put out to bid as soon as the current work restrictions that have been ordered by the State are lifted.

## TABLE 1
## Year 3 Lining of Sewers

| Street | lf | Pipe ID | Deficiencies |
|---|---|---|---|
| Ross Street | 185 | 76283-76282 | fractures |
| Warren Street | 197 | 76281-76280 | hole/broken |
| S. Kensico Ave | 263 | 76277-76276 | hole/fracture |
| S. Kensico Ave | 294 | 76304-76303 | broken/deformed/fracture |
| S. Kensico Ave | 252 | 76316-76315 | broken/fractures |
| S. Kensico Ave | 249 | 76303-76316 | fracture/roots |
| Lake St | 280 | 76275-76276 | fracture/infiltration |
| Hall Ave | 99 | 76292-76291 | broken/fractures |
| Hall Ave | 238 | 76393-76392 | hole/fracture |
| Woodcrest Ave | 183 | 76454-76453 | hole/fracture |
| Woodcrest Ave | 384 | 76447-76446 | hole/fracture |
| Woodcrest Ave | 395 | 76441-76440 | fracture/cracks |
| Woodcrest Ave | 266 | 76439-76421 | hole/fracture/infiltration |
| Woodcrest Ave | 309 | 76419-76418 | hole/fracture |
| Woodcrest Ave | 275 | 76418-76414 | hole/fracture |
| Woodcrest Ave | 181 | 76413-76391 | hole/fracture |
| Sunset Drive | 47 | 76426-76425 | hole/roots |
| Springdale Ave | 260 | 76423-76422 | hole/fracture |
| Railside Ave | 245 | 74168-74167 | fracture/infiltration |
| Overlook Rd | 135 | 74460-74459 | hole/fracture |
| Pleasant Ave | 175 | 76446-76445 | hole/fracture |
| N. Kensico Ave | 103 | 76376-76375 | fracture/infiltration |

| | | | |
|---|---|---|---|
| N. Kensico Ave | 227 | 76372-76371 | hole/fracture |
| N. Kensico Ave | 104 | 76371-76370 | fracture/infiltration |
| N. Kensico Ave | 254 | 76374-76373 | broken/fractures |
| N. Kensico Ave | 177 | 76366-76365 | hole/broken |
| Upland Ave | 116 | 76400-76399 | broken |
| Main Street | 223 | 76307-76303 | broken/fractures/roots |
| Eastview Ave & Main | 259 | 76308-76310 | broken/hole/roots |
| Eastview Ave & Main | 51 | 76310-76308 | broken/hole/roots |
| Eastview Ave Esmt | 93 | 76310-76311 | hole/broken |
| Valley Ave | 322 | 76367-76365 | broken |
| Valley Ave | 303 | 76369-76368 | hole/fracture |
| Hall Ave | 238 | 76393-76392 | hole/fracture |
| Hall Ave | 21 | 76391A-76391 | hole/fracture |
| Hall Ave | 212 | 76292-76391A | hole/fracture |
| TOTAL | 7,615 | | |

## Year 3 Sewer System Investigation Plan

This round of investigation is based on analysis of the sanitary sewer flow monitoring that was conducted in the Fall of 2019. The sanitary sewer subsystems experienced the most significant infiltration will targeted. For this round of investigation, Sanitary sewer mains in subsystems MW02, MW11 and MH12C will be inspected using CCTV technology and manholes in these areas will be individually inspected and photographed.

Previously six sanitary sewer subsystems that were found to experience significant problems with inflow were smoke tested. Then, sources of inflow were disconnected from sanitary sewers. For this round of investigation, the remainder of the sewer subsystems will be smoke tested. Thus, there will be twelve additional subsystems smoke tested and when necessary dye tested to find evidence of inflow. The work will be put out to bid as soon as the current work restrictions that have been ordered by the State are lifted.

## Year 3 Flow Monitoring Assessment

After Year 3 sanitary sewer system rehabilitation work is completed, sewage flow monitoring of the entire Mamaroneck Valley Sewer District will be repeated. The flow measurement locations and specifications will be the same as the previously conducted district-wide flow monitoring

events. Upon completion of the monitoring, results will be analyzed. An Engineering Report on SSES Progress will be prepared. The report will include detailed information on the amount of inflow and infiltration removed in each subsystem and the overall progress in attaining compliance with the County Sewer Act requirement of 150 gallons per capita per day. Sanitary sewer sub-systems exhibiting significant flow rate peaks after rainstorms will be especially scrutinized for inflow sources. When sanitary sewer subsystems experience a long recovery period, they will be examined for sources of infiltration.

## Year 4 Rehabilitation Work Plan

The aforementioned Engineering Progress Report will specify this round of sanitary sewer main lining and manhole rehabilitation. This will be based on the analysis of the results of the sanitary sewer systems MW02, MW11, and MH12C sewer main CCTV reports and manhole inspections. All sewer mains and manholes exhibiting significant deficiencies will be rehabilitated.

## Year 4 Sewer System Investigation Plan

All remaining sanitary sewer sub-systems in the Mamaroneck Valley Sewer District will be inspected. Sewer mains will be televised and manholes photographed. Previously, half of the 18 sub-systems were inspected. Thus, there will be nine additional sub-systems investigated in this round of work.

## Year 4 Flow Monitoring Assessment

The Sewer-District-wide flow monitoring will be repeated. The analysis of this monitoring will be included in a Final Engineering Report. The Report will be prepared to determine progress made in the removal of inflow and infiltration and to assess compliance with the County Sewer Act. At the time of this report, the entire subject Sewer District will have been smoke tested and all positive test locations scrutinized. Every identified inflow location will be addressed by the City's code enforcement and pursued until disconnection is verified.
Also, note that the effort to investigate and rehabilitate the sanitary sewer system will continue in perpetuity.

The Final Engineering Report will also include a listing of all the additional sanitary sewer mains and manholes to be scheduled for rehabilitation. The City is committed to continuing the process of assessment, investigation and rehabilitation as an integral part of its sanitary sewer system operation and maintenance protocol.

## SSES Sanitary Sewer System Schedule

| | |
|---|---|
| Resume Year 2 Lining and Manhole Rehabilitation | July 20, 2020* |

*This target start date may be delayed if COVID19 restrictions are re-imposed in the coming weeks.*

| | |
|---|---|
| Complete Year 2 Lining and Manhole Rehabilitation | October 15, 2020* |

*Assuming COVID19 restrictions don't require further delays in the work.*

| | |
|---|---|
| Award bids for Year 3 CCTV, Lining, MH Rehab and Smoke Testing | August 31, 2020 |
| Start Year 3 Construction and Investigation | October 31, 2020 |
| Complete Year 3 Construction and Investigation | March 15, 2021 |
| Conduct Sewer District-wide Sewage Flow Monitoring | April 15–June 15, 2021 |
| SSES Engineering Progress Report | August 31, 2021 |
| Award Bids for Year 4 CCTV, Lining and MH Rehab | September 30, 2021 |
| Start Year 4 Construction and Investigation | November 30, 2021 |
| Complete Year 4 Construction and Investigation | March 31, 2022 |
| Conduct Sewer District-wide Sewage Flow Monitoring | April 15–June 15, 2022 |
| Final SSES Engineering Progress Report | July 31, 2022 |
| Compliance with County Sewer Act | September 1, 2022 |

# APPENDIX A – REPAIR INFORMATION SHEET

SSES Study/Report in Prior Fiscal Year

- Linear miles of pipes inspected with CCTV
- Number of manholes inspected
- Linear miles of pipe smoke tested
- Number of dye tests performed
- Number of pump stations inspected
- Number of public inflow sources identified for removal
- Number of private inflow sources identified for removal
- Linear miles of pipes identified for rehabilitation
    - Linear miles of pipe identified for full pipe replacements
    - Linear miles of pipe identified for full pipe lining
    - Number of pipe spot repairs identified
- Number of manholes identified for rehabilitation
- Number of manhole covers identified for replacement
- Estimate of total money to be or actually spent to repair the collection system

Repairs in Prior Fiscal Year

- Money spent to repair the system
- Linear miles of pipe rehabilitated
- Linear miles of pipe lined
- Linear miles of pipe with full pipe replacement
- Number of spot repairs performed with subsequent linear feet of pipes spot repaired
- Number of Manholes rehabilitated
- Number of Manhole covers replaced
- Number of Public inflow sources removed
- Number of Private inflow sources removed
- Estimate of I&I removed due to rehabilitation