UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SAVE THE SOUND and ATLANTIC CLAM FARMS of CONNECTICUT, INC., <br>          Plaintiffs, <br><br> v. <br><br> WESTCHESTER COUNTY, NEW YORK; TOWN/VILLAGE OF HARRISON; VILLAGE OF LARCHMONT; TOWN OF MAMARONECK; CITY OF NEW ROCHELLE; VILLAGE OF PELHAM MANOR; CITY OF RYE; VILLAGE OF RYE BROOK; and VILLAGE OF SCARSDALE, <br>          Defendants. | Case No. 7:15-cv-06323-CS |

**NOTICE OF LODGING OF
SECOND AMENDED CONSENT ORDER
AS TO DEFENDANT CITY OF WHITE PLAINS**

Plaintiffs Save the Sound and Atlantic Clam Farms of Connecticut, Inc. ("Plaintiffs") hereby provide notice to the Court that Plaintiffs and Defendant City of White Plains have reached agreement on certain amendments to the settlement resolving this action as to City of White Plains. Plaintiffs are lodging the attached Proposed Second Amended Consent Order with the Court pending conclusion of a required forty-five (45) day review period mandated by the Clean Water Act and its regulations.

Plaintiffs are not asking the Court to enter the attached proposed order at this time. Pursuant to the federal Clean Water Act, the United States Department of Justice ("DOJ") and the Environmental Protection Agency ("EPA") must have a period of 45 days in which to review and provide any comments on the proposed amended settlement. 33 U.S.C. § 1365(c)(3); 40 C.F.R. § 135.5(b). Plaintiffs have lodged a copy of the Proposed Second Amended Consent

Order with DOJ and EPA as required by the statute. Following the 45-day review period, the Parties will move the Court to enter proposed order.

Respectfully submitted this 21st day of October, 2025.

/s/ *Julia Muench*
Julia Muench
Super Law Group, LLC
222 Broadway, 22nd Floor
New York, NY 10038
212-242-2355, ext. 3
julia@superlawgroup.com
*Attorneys for Plaintiff*